

ENTERED
05/07/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUZZARDS BENCH, LLC and BUZZARDS BENCH HOLDINGS, LLC, | § § § § | Case No. 20-32391-11 Jointly Administered |
| Debtors.[1] | § § § | |

### ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS
[Relates to Docket No. _7_]

Upon the *Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs* (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is in the best interests of the Debtors and their estates; and it appearing that due and sufficient notice of the Motion has been provided by the Debtors and no other or further notice is required; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion[2] is **GRANTED** as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements is extended to **Thursday,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Buzzards Bench, LLC (7898) and Buzzards Bench Holdings, LLC (4637).

[2] Capitalized terms used but not otherwise defined shall have the meanings set forth to them in the Motion.

4811-6776-7227.1

**June 11, 2020**, without prejudice to the Debtors' right to seek additional extensions upon cause shown therefor.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: May 07, 2020.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE