UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| BUZZARDS BENCH, LLC and | § | 20-32391 (DRJ) |
| BUZZARDS BENCH HOLDINGS, LLC | § | (Chapter 11) |
| | § | |
| DEBTOR | § | Jointly Administered |

## NOTICE OF RESET FIRST MEETING OF CREDITORS

YOUR ARE HEREBY NOTIFIED that the meeting of creditors scheduled for **June 16, 2020 at 1:00 p.m.**, has been reset to **June 15, 2020 at 1:00 p.m.** It will be conducted **by telephone.** Any party wishing to participate may call **(866) 707-5468**, then enter the Participant Code **6166997**, followed by the pound or hashtag symbol - **#**. No other deadlines or provisions described in the Official Form 309 Notice of Chapter 11 Bankruptcy Case are changed by this notice, and all such deadlines and provisions remain in full effect.

Dated: June 8, 2020

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:   */s/ Hector Duran*
Hector Duran
Texas Bar No. 00783996/Fed. ID No. 15243
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 ext. 241
(713) 718-4670 Fax
hector.duran.jr@usdoj.gov