**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BUZZARDS BENCH, LLC and | § | Case No. 20-32391-11 |
| BUZZARDS BENCH HOLDINGS, LLC, | § | |
| | § | Jointly Administered |
| Debtors.[1] | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing to consider approval of the bidding procedures, related deadline and form and manner of notices contained in the *Debtors' Motion for (I) An Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Form and Manner of Notice Thereof , and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof; and (II) An Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims and Interests* [Docket No. 97] will be held on **Wednesday, June 24, 2020 at 4:00 p.m. (Central Time)** before the Honorable David R. Jones in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

*{remainder of this page intentionally left blank}*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Buzzards Bench, LLC (7898) and Buzzards Bench Holdings, LLC (4637).

Respectfully submitted this 10th day of June, 2020.

**GRAY REED & McGRAW LLP**

By:  */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Paul D. Moak
    Texas Bar No. 00794316
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:     jbrookner@grayreed.com
            pmoak@grayreed.com
            lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTORS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2020 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice.

*/s/ Jason S. Brookner*
Jason S. Brookner