IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUZZARDS BENCH, LLC and BUZZARDS BENCH HOLDINGS, LLC, | § § § | Case No. 20-32391-11 |
| Debtors.[1] | § § § § | Jointly Administered |

## NOTICE OF RESET SALE HEARING

**PLEASE TAKE NOTICE** that on June 23, 2020 Court entered its *Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Form and Manner of Notice Thereof; and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof* [Docket No. 128] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, a sale hearing (the "Sale Hearing") was set for September 10, 2020, at 3:30 p.m. before the Honorable David. R. Jones in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk St., Courtroom 400, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing previously set for September 10, 2020, at 3:30 p.m. has been rescheduled and will now take place on **October 27, 2020 at 3:00 P.M. (CT)** before the Honorable David R. Jones in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: Buzzards Bench, LLC (7898) and Buzzards Bench Holdings, LLC (4637).

4835-6476-5386.1

Respectfully submitted this 10th day of September, 2020.

**GRAY REED & McGRAW LLP**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Paul D. Moak
    Texas Bar No. 00794316
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  jbrookner@grayreed.com
        pmoak@grayreed.com
        lwebb@grayreed.com

**COUNSEL TO THE DEBTORS**

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 10th day of September, 2020, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

        */s/ Jason S. Brookner*
        Jason S. Brookner

4835-6476-5386.1